AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MOHAMED FATHY SULIMAN<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Case No.  1:20MJ67 GRJ |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MOHAMED FATHY SULIMAN                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Attempt to provide material support to a Designated Foreign Terrorist Organization.

Date:    09/11/2020                                              s/Gary R. Jones
                                                                          *Issuing officer's signature*

City and state:    Gainesville, FL                              Gary R. Jones, United States Magistrate Judge
                                                                          *Printed name and title*

### Return

This warrant was received on *(date)* 09/11/20 , and the person was arrested on *(date)* 01/29/2021
at *(city and state)* BANGALORE, INDIA .

Date: 02/01/21                                                  R. David Collins
                                                                          *Arresting officer's signature*

                                                                          R.DAVID COLLINS, SPECIAL AGENT-FBI
                                                                          *Printed name and title*

FILED USDC FLND GV
FEB 1 '21 PM12:02