# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 1:21-cr-6-AW-GRJ

**MOHAMED FATHY SULIMAN,**

   Defendant.

_____/

## ORDER ACCEPTING GUILTY PLEA

I have considered the magistrate judge's report and recommendation (ECF No. 170), to which there has been no timely objection. I have also reviewed a transcript of the change-of-plea hearing.

The report and recommendation is adopted, and Defendant's guilty plea as to Count I is ACCEPTED.

SO ORDERED on April 28, 2023.

s/ <i>Allen Winsor</i><br>
United States District Judge